AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | |
|---|---|
| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Wesley, Richard C | 2. Court or Organization<br><br>US Court of Appeals, 2nd Cir. |

3. Date of Report

3/23/2005

| | |
|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active, U.S. Circuit Judge | 5. Report Type (check appropriate type)<br><br>○ Nomination     Date<br><br>○ Initial   ◉ Annual   ○ Final |

6. Reporting Period

1/1/2004
to
12/31/2004

| | |
|---|---|
| 7. Chambers or Office Address<br><br>Livingston Co. Gov't Center<br><br>6 Court Street<br><br>Geneseo, New York 14454 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____   Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.  (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Myers Foundation |
| 2. | Member | Cornell Law School Advisory Council |
| 3. | | See additional page regarding Trustee. |

## II. AGREEMENTS.  (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2003 | New York State Employees Retirement System: pension upon retirement at 55. |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | New York State Employee's Retirement System | $22,736.05 |
| 2. | 2004 | New York Court of Appeals (wage adjustment for 2003) | $94.15 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Livonia Central School (salary) |

## IV. REIMBURSEMENTS - transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | New York State Bar Association-Criminal Justice Section | 1/29 - I received Outstanding Jurist Award. (room) |
| 2 | University of Buffalo | 1/30 - University of Buffalo Law Luncheon in conjunction with the New York State Bar Association - speech. (room, meals, ) |
| 3. | California Western Law School | 4/14 Law school seminar (transportation and accommodations) |
| 4. | Yale Law School | 4/30 Educational seminar at the college (transportation and accommodations) |
| 5. | Federal Bar Council | 5/5 Seminar (accommodations) |
| 6. | University of Southern Main | 7/26 Educational Seminar (transportation and accommodations) |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Wesley, Richard C | 3/23/2005 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE – (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 7. | Syracuse University Law School | 8/12 Educational seminar – for the New York State Prosecutor's Training Institute. (mileage and tolls) |
| 8. | Monroe County Bar Association/Center for Education | 2/12 speech (transportation, meal) |
| 9. | University of Buffalo | 2/10 University of Buffalo Law Lunch - speech (meal and room) |
| 10. | Cornell Law School | To judge the moot court competition (mileage) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wesley, Richard C | 3/23/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Key Bank Account | A | Interest | J | T | | | | | |
| 2. Amgen (IRA) | A | Dividend | | | Sold | 2/3 | J | | |
| 3. Plug Power Inc. (IRA) | A | Dividend | | | Sold | 3/11 | J | | |
| 4. American Capital Fund (IRA) | A | Dividend | | | Sold | 2/5 | L | | |
| 5. Firsthand Funds Tech Value (IR | A | Dividend | | | Sold | 2/3 | J | | |
| 6. Fundamental Investors (IRA) | A | Dividend | | | Sold | 2/5 | M | | |
| 7. Franklin/Templeton World Fund - A (IRA) | A | Dividend | | | Sold | 2/3 | K | | |
| 8. Washington Mutual Investors (IRA) | A | Dividend | | | Sold | 2/5 | L | | |
| 9. Washington Mutual Investors | A | Dividend | J | T | | | | | |
| 10. Solomon Smith Barney Money Funds Cash (IRA) | A | Interest | | | Closed | 1/6 | J | | |
| 11. First Trust of Denver Cash Fund (IRA) | A | Interest | | | Closed | 1/20 | K | | |
| 12. Washington Mutual Investors | A | Dividend | J | T | | | | | |
| 13. Trust I | A | Interest | J | T | | | | | |
| 14. Trust II | A | Interest | J | T | | | | | |
| 15. NWML Balanced Funds (IRA) | A | Dividend | J | T | | | | | |
| 16. Northwestern Mutual Life (Whole Life) | D | Dividend | L | T | | | | | |
| 17. Northwestern Mutual Life (Whole Life) | B | Dividend | J | T | | | | | |
| 18. Northwestern Mutual Life (Whole Life) | C | Dividend | K | T | | | | | |

| 1. Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wesley, Richard C | 3/23/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. ,div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Northwestern Mutual Life (Whole Life) | B | Dividend | J | T | | | | | |
| 20. Northwestern Mutual Life (Whole Life) | A | Dividend | J | T | | | | | |
| 21. Northwestern Mutual Life (Whole Life) | A | Dividend | J | T | | | | | |
| 22. SA Fixed Income Fund (IRA) | B | Dividend | L | T | Buy | 2/5 | L | | |
| 23. SA U.S. Market Fund Class I (IRA) | A | Dividend | L | T | Buy | 2/5 | L | | |
| 24. SA International Small Company Fund Class I (IRA) | A | Dividend | K | T | Bu | 2/5 | K | | |
| 25. SA International High Book to Market Fund Class I (IRA) | A | Dividend | M | T | Buy | 2/5 | M | | |
| 26. SA U.S. Small Fund Class I (IRA) | A | Dividend | K | T | Buy | 2/5 | K | | |
| 27. SA U.S. High Book to Market Fund Class I (IRA) | A | Dividend | K | T | Buy | 2/5 | K | | |
| 28. Assanti Capital Management, Inc. (IRA) cash | A | Interest | J | T | Deposit | 2/5 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wesley, Richard C | 3/23/2005 |

## VIII ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report)

1. Part I - Positions:
   Trust I
   Trust II   I am the trustee for both trusts.

2. Part VII - Investments and Trusts:
   Page 1 - In my report for 2003, I listed ████ life insurance policies.  That was in error — ██████ and I hold only ██ life insurance policies

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____      Date  23 March 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# UNITED STATES COURT OF APPEALS

## SECOND CIRCUIT

RICHARD C. WESLEY
UNITED STATES CIRCUIT JUDGE

585-243-7910
FAX 585-243-7915

April 25, 2005

Hon. Mary M. Lisi
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: Calendar Year 2004 Filing

Dear Judge Lisi:

Thank you for your letter of April 15, 2005 and the opportunity to amend my 2004 report. Please consider this letter an amendment to my report.

### Amendment to Part IV, lines 1-10:

    #1 . . . . . . . . . . . . . . . New York City
    #2 . . . . . . . . . . . . . . . New York City
    #3 . . . . . . . . . . . . . . . San Diego, California
    #4 . . . . . . . . . . . . . . . New Haven, Connecticut
    #5 . . . . . . . . . . . . . . . New York City
    #6 . . . . . . . . . . . . . . . Portland, Maine
    #7 . . . . . . . . . . . . . . . Syracuse, New York
    #8 . . . . . . . . . . . . . . . Rochester, New York
    #9 . . . . . . . . . . . . . . . Buffalo, New York
    #10 . . . . . . . . . . . . . . . Ithaca, New York

### Amendment to Part VII, page 1, lines 13 and 14:

Both Trust I and Trust II are maintained at Chevy Chase Bank.

If you have any other questions, please don't hesitate to contact me. Thank you for your assistance.

Very truly yours,



RCW/sm

LIVINGSTON COUNTY GOVERNMENT CENTER
6 COURT STREET
GENESEO, NEW YORK 14454-1030